B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Castello Excavation & Grading, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**88-0334182** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7565 Commercial Way, Suite A**<br>**Henderson, NV**<br>ZIP Code **89011** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

**Chapter 11 Debtors**

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1)(4/10)**                                                                                                        **Page 2**

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Castello Excavation & Grading, Inc.** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                              **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Castello Excavation & Grading, Inc.** |

<b>Signatures</b>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
|  | (Check only one box.) |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. |
|  | ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** _____<br>Signature of Debtor | **X** _____<br>Signature of Foreign Representative |
| **X** _____<br>Signature of Joint Debtor | _____<br>Printed Name of Foreign Representative |
| _____<br>Telephone Number (If not represented by attorney) | _____<br>Date |
| _____<br>Date |  |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** **/s/ Timothy S. Cory** _____<br>Signature of Attorney for Debtor(s) | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| **Timothy S. Cory 1972** _____<br>Printed Name of Attorney for Debtor(s) | _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **Timothy S. Cory & Associates** _____<br>Firm Name | _____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| **8831 W. Sahara Ave.**<br>**Las Vegas, NV 89117** |  |
| _____<br>Address |  |
| **Email: tim.cory@corylaw.us**<br>**(702) 388-1996  Fax: (702) 382-7903**<br>Telephone Number |  |
| **June  2, 2011** _____<br>Date |  |
| \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | _____<br>Address<br><br>**X** _____ |
|  | _____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **X** **/s/ Marianne Castello** _____<br>Signature of Authorized Individual |  |
| **Marianne Castello** _____<br>Printed Name of Authorized Individual |  |
| **President** _____<br>Title of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| **June  2, 2011** _____<br>Date | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **Castello Excavation & Grading, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ally Financial<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | Ally Financial<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | Deficiency for 2007 Chevy Tahoe (Returned to Ally Financial) | Disputed | 11,877.85 |
| Ally Financial<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | Ally Financial<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | Deficiency for 2007 Chevy Tahoe (Returned to Ally Financial) | Disputed | 7,257.48 |
| American Express<br>c/o GC Services Ltd<br>PO Box 39050<br>Phoenix, AZ 85069 | American Express<br>c/o GC Services Ltd<br>PO Box 39050<br>Phoenix, AZ 85069 | Credit card purchases | | 4,302.04 |
| Artemus W. Ham, Esq.<br>Mainor Eglet<br>400 S. 4th Street, Ste 600<br>Las Vegas, NV 89101 | Artemus W. Ham, Esq.<br>Mainor Eglet<br>400 S. 4th Street, Ste 600<br>Las Vegas, NV 89101 | Legal fees | | 45,689.55 |
| Canon Financial Services<br>158 Gaither Drive, Suite 200<br>PO Box 5008<br>Mount Laurel, NJ 08054 | Canon Financial Services<br>158 Gaither Drive, Suite 200<br>PO Box 5008<br>Mount Laurel, NJ 08054 | Equipment returned to vendor | Disputed | 23,218.97 |
| Capital One Bank<br>PO Box 60599<br>City of Industry, CA 91716 | Capital One Bank<br>PO Box 60599<br>City of Industry, CA 91716 | Credit card purchases | | 5,836.72 |
| Capital One Small Business (SBA)<br>Dept. of Treasury<br>Financial Management Service<br>PO Box 830794<br>Birmingham, AL 35283 | Capital One Small Business (SBA)<br>Dept. of Treasury<br>Financial Management Service<br>Birmingham, AL 35283 | Working Capital | | 39,102.90 |
| Clark County Assessor<br>500 S. Grand Central Pkwy.<br>Las Vegas, NV 89155-1401 | Clark County Assessor<br>500 S. Grand Central Pkwy.<br>Las Vegas, NV 89155-1401 | | | 3,059.26 |
| ECCO Equipment<br>1417 N. Susan Street<br>Santa Ana, CA 92703 | ECCO Equipment<br>1417 N. Susan Street<br>Santa Ana, CA 92703 | Equipment rental | | 5,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Castello Excavation & Grading, Inc.**                                    Case No. _____
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Highway Technologies**<br>**4533 Andrew Street**<br>**North Las Vegas, NV 89081** | **Highway Technologies**<br>**4533 Andrew Street**<br>**North Las Vegas, NV 89081** | **Job materials**<br>**Signage and**<br>**barricades** | | **8,061.05** |
| **Kalb Industries**<br>**5670 Wynn Road**<br>**Las Vegas, NV 89118** | **Kalb Industries**<br>**5670 Wynn Road**<br>**Las Vegas, NV 89118** | **Job materials** | | **3,600.00** |
| **Mabel jean Mann**<br>**c/o William McGimsey, Esq.**<br>**3017 W. Charleston Blvd.,**<br>**Suite 30**<br>**Las Vegas, NV 89102** | **Mabel jean Mann**<br>**c/o William McGimsey, Esq.**<br>**3017 W. Charleston Blvd., Suite 30**<br>**Las Vegas, NV 89102** | | | **30,000.00** |
| **Marianne Castello**<br>**975 Marigold Court**<br>**Henderson, NV 89011** | **Marianne Castello**<br>**975 Marigold Court**<br>**Henderson, NV 89011** | **Shareholder loan** | | **568,259.00** |
| **Marnell Corrao Associates**<br>**c/o Holland & Hart, LLP**<br>**3800 Howard Hughes**<br>**Parkway**<br>**10th Floor**<br>**Las Vegas, NV 89169** | **Marnell Corrao Associates**<br>**c/o Holland & Hart, LLP**<br>**3800 Howard Hughes Parkway**<br>**Las Vegas, NV 89169** | | | **510,290.00** |
| **NU Equipment, Inc.**<br>**2980 Marion Drive**<br>**Las Vegas, NV 89115** | **NU Equipment, Inc.**<br>**2980 Marion Drive**<br>**Las Vegas, NV 89115** | **Job materials** | | **2,891.50** |
| **STWMS**<br>**c/o Black Mountain**<br>**Commercial**<br>**Way Builders**<br>**7705 Commercial Way, Suite 160**<br>**Henderson, NV 89011** | **STWMS**<br>**c/o Black Mountain Commercial**<br>**Way Builders**<br>**Henderson, NV 89011** | **Past due rent** | | **17,340.00** |
| **Three Brothers Masonry, Inc.**<br>**3904 Rempart Avenue**<br>**Las Vegas, NV 89121** | **Three Brothers Masonry, Inc.**<br>**3904 Rempart Avenue**<br>**Las Vegas, NV 89121** | **Job materials** | | **2,345.00** |
| **U.S. Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201** | **U.S. Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201** | **Payroll Taxes** | | **59,118.81** |
| **Wells Cargo, Inc.**<br>**9127 W. Russell Road, Suite 210**<br>**Las Vegas, NV 89148** | **Wells Cargo, Inc.**<br>**9127 W. Russell Road, Suite 210**<br>**Las Vegas, NV 89148** | **Job materials** | | **350,000.00** |
| **Western States**<br>**4129 W. Cheyenne Avenue,**<br>**Suite B**<br>**North Las Vegas, NV 89032** | **Western States**<br>**4129 W. Cheyenne Avenue, Suite B**<br>**North Las Vegas, NV 89032** | **Job materials** | | **61,022.35** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Castello Excavation & Grading, Inc.**                                                      Case No.
                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **June  2, 2011**                                  Signature   **/s/ Marianne Castello**

                                                                   **Marianne Castello**
                                                                    **President**


      *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

Castello Excavation & Grading, Inc.
7565 Commercial Way, Suite A
Henderson, NV 89011

Timothy S. Cory
Timothy S. Cory & Associates
8831 W. Sahara Ave.
Las Vegas, NV 89117

Ally Financial
Acct No 024910331286
PO Box 380902
Minneapolis, MN 55438-0902

American Express
Acct No xxxx-xxxxxx-x1008
c/o GC Services Ltd
PO Box 39050
Phoenix, AZ 85069

Artemus W. Ham, Esq.
Acct No 0228-001
Mainor Eglet
400 S. 4th Street, Ste 600
Las Vegas, NV 89101

AT&T Mobility
Acct No 877904033
c/o Southwest Credit Systems
4120 International Pkwy., Suite 100
Carrollton, TX 75007-1958

Balboa Capital
2010 Main Street, 11th Floor
Irvine, CA 92614

Canon Financial Services
Acct No 001-0546282-001
158 Gaither Drive, Suite 200
PO Box 5008
Mount Laurel, NJ 08054

Capital One Bank
Acct No xxxx-xxxx-xxxx-0768
PO Box 60599
City of Industry, CA 91716

Capital One Small Business (SBA)
Acct No 2011138826 A
Dept. of Treasury
Financial Management Service
PO Box 830794
Birmingham, AL 35283

Caterpillar Financial Services Corp
Acct No 241917
2120 West End Avenue
PO Box 340001
Nashville, TN 37203

Clark County Assessor
Acct No 084991-99
500 S. Grand Central Pkwy.
Las Vegas, NV 89155-1401

Dell Financial Services
Acct No 011327643-01-03-56
c/o Valentine & Kebartas, Inc.
PO Box 325
Lawrence, MA 01842

DJB Gas Services
Acct No 02070
PO Box 98512
Las Vegas, NV 89193-8512

DS Water of America, Inc.
Acct No 13944799
PO Box 5013
Hayward, CA 94540-5013

EarthCalc
1111 J Street, G-106
Modesto, CA 95354

ECCO Equipment
Acct No 4158
1417 N. Susan Street
Santa Ana, CA 92703

First Savings Bank
Acct No 3020095
2605 E. Flamingo Road
Las Vegas, NV 89121

Highway Technologies
Acct No 988398
4533 Andrew Street
North Las Vegas, NV 89081

Hughes Calihan
Acct No KMB807051
Konica Minolta
PO Box 10322
Phoenix, AZ 85064-0322

Ikon Office Solutions
1738 Bass Road
Macon, GA 31210

Kalb Industries
5670 Wynn Road
Las Vegas, NV 89118

Mabel jean Mann
c/o William McGimsey, Esq.
3017 W. Charleston Blvd., Suite 30
Las Vegas, NV 89102

Marianne Castello
975 Marigold Court
Henderson, NV 89011

Marnell Corrao Associates
c/o Holland & Hart, LLP
3800 Howard Hughes Parkway
10th Floor
Las Vegas, NV 89169

Michael W. Brimley, Esq.
Acct No 6/2010
3333 E. Serene Avenue, Suite 200
Henderson, NV 89074

Naylor Publishing
Acct No (File No.) 118363
c/o Greenspan & Douglas, Inc.
2921 E. Fort Lwell Road, Suite 113
Tucson, AZ 85716

NU Equipment, Inc.
2980 Marion Drive
Las Vegas, NV 89115

Office Max
Acct No xxxxxxxxxxxx1883
c/o HSBC Business Solutions
PO Box 5239
Carol Stream, IL 60197-5239

Peel Brimley, LLP
Acct No 0939-012
3333 E. Serene Avenue, Suite 200
Henderson, NV 89074

Pitney Bowes
2225 American Dr
Neenah, WI 54956

Republic Services
Acct No 3-0620-4708746
770 E. Sahara Avenue
Las Vegas, NV 89104

S.T.W.M.S.
c/o Black Mountain Commercial Way
Builders
7705 Commercial Way, Suite 160
Henderson, NV 89011

Safety Services Co.
Acct No C42554
PO Box 6408
Yuma, AZ 85366-6408

Southwest Gas Corp.
Acct No 88005083
PO Box 98512
Las Vegas, NV 89193-8512

STWMS
c/o Black Mountain Commercial
Way Builders
7705 Commercial Way, Suite 160
Henderson, NV 89011

Terminix
Acct No 5427385
PO Box 742592
Cincinnati, OH 45274

Three Brothers Masonry, Inc.
3904 Rempart Avenue
Las Vegas, NV 89121

U.S. Treasury
Acct No 88-0334182
Internal Revenue Service
Ogden, UT 84201

Wells Cargo, Inc.
9127 W. Russell Road, Suite 210
Las Vegas, NV 89148

Western States
4129 W. Cheyenne Avenue, Suite B
North Las Vegas, NV 89032

Wright Express
Acct No xxxxxxxxxxxxxx9466
c/o Pro Consulting Services
PO Box 66510
Houston, TX 77266-6510